UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO. SA-18-0008MJ |
| RICHARD NICOLAI GRATKOWSKI | § § § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF PRELIMINARY EXAM AND DETENTION HEARING**

TO THE HONORABLE ELIZABETH S. CHESTNEY, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Defendant, Richard Nicolai Gratkowski, requests a continuance. Mr. Gratkowski shows this Honorable Court as follows.

I

Mr. Gratkowski is scheduled to appear before this Court for a preliminary exam and detention hearing on Wednesday, January 10, 2018, at 10:30 a.m.

II

Counsel has witnesses that are traveling from out of state and cannot be present at the hearing scheduled for January 10, 2018. Undersigned respectfully requests that the hearing be continued to Friday, January 12, 2018.

III

Counsel for the government, Assistant United States Attorney Tracy Thompson is in agreement with the relief requested.

## CONCLUSION

Defendant respectfully requests that this Honorable Court will continue the preliminary exam and detention hearing to Friday, January 12, 2018.

        Respectfully submitted.

        MAUREEN SCOTT FRANCO
        Federal Public Defender


        /s/ MARINA-THAIS DOUENAT
        Assistant Federal Public Defender
        Western District of Texas
        727 East César E. Chávez Blvd., B–207 San Antonio, Texas 78206–1205
        Tel.: (210) 472–6700
        Fax.: (210) 472-4454
        State Bar Number: 00798310

        *Attorney for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January 2018, I electronically filed the foregoing Defendant's Unopposed Motion for Continuance of Preliminary Exam and Detention Hearing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tracy Thompson
Assistant United States Attorney
601 N. W. Loop 410, Suite 600 San Antonio, Texas 78216-5512

        /S/ MARINA-THAIS DOUENAT
        *Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-18-0008MJ |
| RICHARD NICOLAI GRATKOWSKI | § § | |

ORDER

On this date came on to be considered the Defendant's Unopposed Motion for Continuance of Preliminary Exam and Detention hearing, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

SO ORDERED on this the _____ day of January, 2018.

_____
ELIZABETH S. CHESTNEY
United States Magistrate Judge