AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| United States of America | § | |
|---|---|---|
| | § | **WITNESS LIST** |
| vs. | § | **Preliminary/Detention Hearing** |
| | § | |
| (1) Richard Nikolai Gratkowski | § | Case Number:  SA:18-M -00008(1)  ESC |
| *Defendant* | | |

| Presiding Judge<br>ELIZABETH S. ("BETSY") CHESTNEY | Plaintiff's Attorney<br>Tracy Thompson | Defendant's Attorney<br>Marina Thais Douenat |
|---|---|---|
| Hearing Date<br>January 12, 2018 | Court Reporter<br>FTR Gold | Courtroom Deputy<br>Kathy Hicks |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | **Government's Witness:** |
| GW-1 | | 1/12/2018 | | | FBI Special Agent Larry Baker |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **Defendant's Witness(es)** |
| D-1 | | 1/12/2018 | | | Robert Gratkowski, Defendant's father |
| D-2 | | 1/12/2018 | | | Thomas Burinski, previous landlord |
| D-3 | | 1/12/2018 | | | Juan Hernandez, Investigator with Office of Federal Public Defender |
| D-4 | | 1/12/2018 | | | Craig Pair, Investigator with Office of Federal Public Defender |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.